Case 7:24-cr-01457   Document 20   Filed on 11/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CR. NO. M-24-1457-01 |
| JOSE CARLOS CASTILLO | § | |

<u>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE</u>

Came on to be considered Defendant, JOSE CARLOS CASTILLO's, Unopposed Motion to Continue Final Pretrial and Jury Selection Hearings, which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Unopposed Motion to Continue Final Pretrial and Jury Selection, of the Defendant, JOSE CARLOS CASTILLO is hereby GRANTED and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for November 8, 2024 at 9:00 a.m. is hereby reset for <u>December 18</u>, 2024, at <u>9:30</u> am. before the Honorable U.S. Magistrate Judge Nadia S. Medrano and Jury Selection set for November 18, 2024 at 1:00 p.m. is hereby reset for <u>January 13, 2025</u> at <u>1:00</u> pm. on the Tenth Floor Courtroom, before the Honorable U.S. District Judge Drew B. Tipton, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this Order to the Defendant's counsel and Government's counsel.

DONE this <u>7th</u> day of <u>November</u>, 2024, at McAllen, Texas.

_____
HONORABLE JUDGE PRESIDING